1   JASON M. FRIERSON
    United States Attorney
2   District of Nevada
    Nevada Bar Number 7709
3   SKYLER H. PEARSON
    Assistant Unites States Attorney
4   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
5   Tel: (702) 388-6336
    Skyler.Pearson@usdoj.gov
6   *Attorneys for the United States*

7              **UNITED STATES DISTRICT COURT**
            **IN AND FOR THE DISTRICT OF NEVADA**
8

9   UNITED STATES OF AMERICA,        )
                                     )
10                    Plaintiff,     )       Case No.:      2:23-mj-0964-DJA
                                     )
11  v.                               )       **STIPULATION TO CLOSE CASE**
                                     )
    JANET LEE FARNWORTH,             )
12                                   )
                      Defendant.     )
13                                   )
    _____)
14

15          IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON,

16  United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the

17  United States of America, and Thuong Nguyen, Esquire, counsel for the defendant Janet Lee

18  Farnworth, that the above-captioned matter be closed.

19          This Stipulation is entered into based upon the following:

20          1.      On or about April 24, 2024, defendant entered into a Petty Offense Agreement

21  with the United States in which she agreed to plead guilty to Count One of the Complaint,

22  Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. §

23  4.23(a)(1). *See* ECF No. 8.

24

25

2.      The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $600.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete a sixteen (16) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

If the defendant successfully completes her obligations within six months of unsupervised probation, the court will allow the defendant to withdraw her guilty plea to count one and the government will move to amend count one to reckless driving.

3.      On April 24, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 8.

4.      Since commencing her term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.      As such, the parties jointly request that the defendant be allowed to withdraw her guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request that the above-captioned matter be closed.

DATED this 10th day of October 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney


 /s/    Thuong Nguyen                                     /s/ Skyler Pearson                 
THUONG NGUYEN, ESQ.                          SKYLER PEARSON
Attorney for Defendant                              Assistant United States Attorney
**JANET LEE FARNWORTH**

3

1

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

2

UNITED STATES OF AMERICA,    )

3                               )

       Plaintiff,            )

4                               )     Case No.:    2:23-mj-0964-DJA

vs.                        )

5                               )     **ORDER TO CLOSE THE CASE**

JANET LEE FARNWORTH,       )

6                               )

       Defendant.         )

7                               )

_____ )

8

9
     Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

10

11
     1.     Defendant Janet Lee Farnworth has successfully completed the conditions of her sentencing.

12

13
## ORDER

14
     IT IS HEREBY ORDERED that the defendant is allowed to withdraw her guilty plea to count one and that the count one be amended to reckless driving.

15

16
     IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

17

18
     DATED this _____16th_____day of October 2024

19

20

21
_____

22
UNITED STATES MAGISTRATE JUDGE

23

24

25

4